IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FREDERICK P. CLAYTON, JR.,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0513 |
| ) | Judge Trauger |
| **HEARTLAND RESOURCES, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss for Lack of Jurisdiction, Improper Venue and Insufficient Service of Process or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404 is **GRANTED** in part. It is hereby **ORDERED** that this case is transferred to the United States District Court for the Western District of Kentucky pursuant to 28 U.S.C. § 1404(a). This court declines to rule on the questions of jurisdiction raised by the defendants in their motion.

Entered this 30th day of June 2008.

_____
ALETA A. TRAUGER
United States District Judge