CASSIDY H. HURST  
LIC. 911615265  
903 E OVERCREST ST.  
FAYETTEVILLE, AR 72703-2934

No. 3667

Date 8-22-05

Pay to the order of: Heartland-Coles Ranch #3 LP     $ 8,050.10

Eight thousand fifty dollars 10/100 ——— Dollars

ARVEST BANK  
Arkansas Missouri Oklahoma  
arvest.com

Memo: Coles #3 Completion

917



Hurst  
EXHIBIT NO. 12  
2-10-10  
Roxann Harkins

HP-25-00647



(Back)                                              Update En

ARVEST

| ACCOUNTS | BILL PAYMENTS | TRANSFERS | SERVICES | MESSAGES | PREFERENCES | HELP | EXIT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Balances | Activity | | Statements | Search | | Categories | Reports |

# View Transaction
Use this screen to view a cleared transaction.

## Transaction Information
From Account: 10990265 - Regular Checking
Transaction: Check 3834
Date Cleared: 08/28/2006
Amount: $-6,650.00

Date Initiated: 08/28/2006 23:59
FI Reference ID: 0104200000007540127110
Description: CHECK

## Report Information
Category: Select A Category  Split
Memo:

## Transaction Image

CASSIDY H. HURST
LIC. 911665268
901 E OVERCREST ST.
FAYETTEVILLE, AR 72703-2924

3834
DATE 9-22-06

PAY TO THE ORDER OF  Heartland - EKD GP   $6,650 00
Six thousand six hundred fifty     DOLLARS

ARVEST BANK
Arkansas
Missouri
Oklahoma
arvest.com

317

MEMO #10 Comp.

⑆082900872⑆ 3834 0010990265⑈  ⑈0000665000⑈



# Heartland Resources, Inc.

942 Searcy Way
Bowling Green, KY 42103
Phone: 877-304-1040
Fax: 270-842-7326

Invoice No.
EKD1JHC

## Invoice

**Customer**

Name: Jimmy B Hurst, Jr.
Address: 141 Country Bluff Dr
City: Branson   State: MO   Zip: 65616
Phone: 4173321010   Fax:

Date:
3/9/2005

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Completion amount due for Heartland -- Eastern Kentucky Development, GP   Caldwell / Mills #2 | $ 3,150.00 | $0.00 |

PAID
CK. NO. 1215
DATE 3/18/2005

*As completions cannot be performed until payments are collected, it is imperative that we receive completions payable as soon as possible. Please remit payment by 3/19/2005. Failure to remit payment promptly may result in the loss of your position.*

Sub-Total: $0.00
Total: $0.00

HP-25-00442



# Heartland Resources, Inc.

942 Searcy Way  
Bowling Green, KY 42103  
Phone: 877-304-1040  
Fax: 270-842-7326

Invoice No.  
EKD3JHC

## Invoice

**Customer**
| | | | | |
|---|---|---|---|---|
| Name: | Jimmy B Hurst, Jr. | | | |
| Address: | 141 Country Bluff Dr | | | |
| City: | Branson | State: MO | Zip: 65616 | |
| Phone: | 4173321010 | Fax: | | |

Date: 3/19/2005

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Completion amount due for Heartland – Eastern Kentucky Development, GP    Claude Smith #1 | $ 3,150.00 | $0.00 |

**PAID**  
CK. NO. 1127  
DATE 3/24/05

*As completions cannot be performed until payments are collected, it is imperative that we receive completions payable as soon as possible. Please remit payment by 3/29/2005. Failure to remit payment promptly may result in the loss of your position.*

Sub-Total: $0.00  
Total: $0.00

HP-25-00443



# Heartland – Eastern Kentucky Development, GP

942 Searcy Way  
Bowling Green, KY 42103  
Phone: 877-304-1040  
Fax: 270-842-7326

Invoice No.  
EKD4JHC

## Invoice

**Customer**

| | | | | |
|---|---|---|---|---|
| Name: | Jimmy B Hurst, Jr. | | | |
| Address: | 141 Country Bluff Dr | | | Date: |
| City: | Branson | State: MO | Zip: 65616 | 3/29/2005 |
| Phone: | 4173321010 | Fax: | | |

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Completion amount due for Heartland – Eastern Kentucky Development, GP   Joe Mills #1 | $ 3,150.00 | $0.00 |

**PAID**  
CK. NO. 1133  
DATE 4/3/05

*As completions cannot be performed until payments are collected, it is imperative that we receive completions payable as soon as possible. As this account is now past due, please remit payment immediately. Failure to remit payment promptly may result in the loss of your position.*

Sub-Total: $0.00  
Total: $0.00

HP-25-00444

CASSIDY H. HURST  3595
LIC. 911665268
901 E OVERCREST ST.
FAYETTEVILLE, AR 72703-2924

DATE 6-7-05

PAY TO THE ORDER OF Heartland - Coles Branch #2   $13,850⁰⁰

Thirteen thousand eight hundred fifty 00/100 DOLLARS

ARVEST BANK
Arkansas
Missouri
Oklahoma
arvest.com

MEMO Coles Branch #2 Completion

Check 3595 Amount $13,850.00 Date 6/13/2005

CASSIDY H. HURST
LIC. 911665268
901 E OVERCREST ST.
FAYETTEVILLE, AR 72703-2624

3632

DATE 3-2-05

PAY TO THE ORDER OF Heartland — Coles Branch #2LP | $ 14,550.00

Fourteen thousand five hundred fifty 00/100 DOLLARS

ARVEST Arkansas Missouri Oklahoma
BANK arvest.com

MEMO Drill + Test

Check 3632 Amount $14,550.00 Date 3/9/2005

HP-28-00052

| Heartland | Completion Amt. | Date Paid | int. per Day @ 6% |
|---|---|---|---|
| EKD #10 | $6,650.00 | 8/22/2006 | 1.09 |
| Coles Branch #3 | $8,050.00 | 8/22/2005 | 1.32 |

HP-25-00530